AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARCUS MONGER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

          V.

CASE NUMBER: CV614-129

EYVETTE COOK; and OFFICER CALHOUN,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on September 25, 2015, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Plaintiff's complaint is DISMISSED and this action stands CLOSED.

September 25, 2015
Date

Scott L. Poff
Clerk

*(signature)*
(By) Deputy Clerk

GAS Rev 10/1/03